UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Alvin Waldo Whisenton,

          Plaintiff,

v.

Department of Treasury Internal Revenue Service IRS,

          Defendant

2:20-cv-09043-VAP-AFMx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 11/19/20

                                          Virginia A. Phillips
                                          United States District Judge